UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE MARTINEZ-URIZAR | No.: 2:24-mj-00369-KFW |

**UNOPPOSED MOTION TO EXTEND TIME TO INDICT**

The United States of America hereby moves that the court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between January 9, 2025, and February 7, 2025. In support of this motion, the government states the following:

The defendant made his initial appearance on a criminal complaint on December 5, 2024, and both a preliminary hearing and detention hearing were held on December 12, 2024. The defendant was ordered detained pending trial on that date. Given the grand jury's schedule, the United States would, in the absence of a Speedy Trial exclusion, present this matter to the grand jury for an indictment on January 2, 2025. The parties wish to have a period of time in which to discuss the potential for an alternate resolution to this case.

The interest of justice to be served by the requested exclusion of time outweighs the interest of the defendant and the public in a speedy trial because the parties are initiating discussions aimed at a resolution to this case that would negate the need for an indictment and a subsequent trial. Counsel for the defendant advised that the defendant has no objection to this motion and that the defendant waives his rights under the Speedy Trial Act for the period of the requested exclusion.

1

WHEREFORE, the United States respectfully request that the court enter an order excluding the period of time between January 9, 2025, and February 7, 2025, from calculation under the provisions of the Speedy Trial Act.

Dated: December 27, 2024       Respectfully Submitted,

                               DARCIE N. MCELWEE
                               United States Attorney

                               */s/ Shira Furman*
                               SHIRA FURMAN
                               Assistant United States Attorney
                               U.S. Attorney's Office
                               100 Middle Street
                               Portland, Maine 04101
                               (207) 780-3257
                               Shira.Furman@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27, 2024, I filed the foregoing Unopposed Motion to Extend Time to Indict using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

                                 DARCIE N. MCELWEE
                                 United States Attorney

         by:      */s/ Grace Herrick*
                                 GRACE HERRICK
                                 Paralegal Specialist

    on behalf of:  SHIRA FURMAN
                                 Assistant United States Attorney
                                 U.S. Attorney's Office
                                 100 Middle Street
                                 Portland, Maine 04101
                                 (207) 780-3257
                                 Shira.Furman@usdoj.gov